672 So.2d 37 (1996)
PHILIP MORRIS, INC., et al., Appellants,
v.
Norma R. BROIN, et al., Appellees.
No. 95-86.
District Court of Appeal of Florida, Third District.
January 3, 1996.
Rehearing Denied May 8, 1996.
Carlton, Fields, Ward, Emmanuel, Smith & Cutler, and Alan C. Sundberg, and Sylvia H. Walbolt, and F. Townsend Hawkes, Tallahassee; Dechert, Price & Rhodes, and Robert C. Hein for appellants.
Stanley M. Rosenblatt, and Susan Rosenblatt, for appellees.
Before GERSTEN, GODERICH and GREEN, JJ.
PER CURIAM.
Affirmed. See Broin v. Philip Morris Companies, Inc., 641 So.2d 888 (Fla. 3d DCA 1994), rev. denied, 654 So.2d 919 (Fla.1995).